# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

March 8, 2023

<u>VIA ECF</u>

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

      Re:    <u>Hafizov v. BDO USA, LLP, *et al.*</u>; Case No.: 1:22-cv-08853 (JPC)

Dear Judge Cronan,

We represent Plaintiff Rinat Hafizov in the above-captioned action and write with Defendants' consent to respectfully request that the teleconference scheduled for Monday, March 20, 2023 at 3:00 p.m. be adjourned. The Parties respectfully request to hold the teleconference on Monday, March 27, 2023, Tuesday, March 28, 2023 or in the morning of Thursday, March 30, 2023. The reason for the request is that Plaintiff's counsel is traveling on the currently scheduled date. This is the first request for an adjournment of the teleconference. The requested adjournment will not affect any other scheduled dates.

We thank Your Honor for the Court's time and attention to this request.

Respectfully submitted,

David E. Gottlieb, Esq.

cc:    Counsel for Defendants (*via* ECF)

---

The request is granted. The conference currently scheduled for March 20, 2023 is adjourned until April 3, 2023 at 10:00 a.m.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 35.

SO ORDERED.
Date: March 9, 2023
New York, New York

                      JOHN P. CRONAN
                      United States District Judge