```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RINAT HAFIZOV,

                Plaintiff,

    - against -

BDO USA, LLP, et al,

               Defendants.
-------------------------------------------------------------X

22-CV-8853 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court held a discovery conference on June 6, 2023 to address discovery issues raised by the parties at Dkt. 50 and 53.  As discussed at the conference, the parties shall submit briefing on the issue of scope of discovery as it relates to incidents of alleged discrimination by the two individually named Defendants.  Plaintiff shall file an opening brief of no more than ten pages by June 20, 2023.  Defendants shall file an opposing brief of no more than ten pages by July, 6, 2023.  Plaintiff shall file a reply, if any, of no more than five pages by July 13, 2023.  All other orders as stated on the record at the conference.  The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 50.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1