# Exhibit A

| | |
|---|---|
| **From:** | Ditlow, Lindsay |
| **To:** | David Gottlieb |
| **Cc:** | Meyer, Nicholas; Monica Hincken; Christina Sabato |
| **Subject:** | RE: Hafizov/BDO |
| **Date:** | Tuesday, June 13, 2023 11:56:58 AM |
| **Attachments:** | image001.png<br>image002.png<br>image004.png<br>Defendants" Third Request for Production of Documents to Plaintiff (Final 6.13.2023).pdf |

David,

Thank you for your follow-up email below. As an initial matter, we expect to have the HIT report to you by end of this week. It took additional time to have the data transferred and processed before we were able to provide an estimate on the timeframe for completion.

Regarding the subpoenas to the non-party witnesses, I can accept service on their behalf. We can also consent to Shannon Ford and Rocky Cummings being included as Custodians for ESI purposes if the time period for Shannon Ford can be reduced to September 2021-present. Prior to this time period, Ms. Ford did not cover the SALT group and would have no relevant documentation. We believe this alleviates the need for further details on the explanation and manner of searches conducted, but for the sake of completeness can advise that searches were conducted using relevant terms, including by Plaintiff's name, in the time period related to Plaintiff's employment with BDO, including, without limitation, correspondence with Human Resources and termination.

As for your third item below, that we were "supposed to provide us with supplemental discovery responses as to the requests seeking documents/information related to Plaintiff's allegation that Defendants' accused him/his counsel of engaging in a breach of a settlement agreement" that is not correct. Judge Lehrburger only directed us to identify who at BDO made the decision to include this alleged accusation in the September 23, 2022 letter and produce any non-privileged responsive documents. Please be advised that no one at BDO made a decision to include any allegation against Mr. Hafizov that he engaged in a breach of the Sweeney settlement agreement as there is no such allegation in this letter. Please be further advised that no one at BDO made the decision to include any other comment with regard to a potential breach of the Sweeney settlement agreement in the letter and there are no non-privileged documents responsive to this request.

Regarding your first request below, we were required to provide information regarding the number of employees in the NE Salt group, who work in the New York office at Sr. Manager positions and above, and who reported to Ms. Bernier and Mr. Dyment from 1/1/14 to present. There are 5 employees who meet these specifics.

I can also confirm receipt of the supplemental documentation sent yesterday. I note this did not contain any of the medical records requested and you previously mentioned this would take additional time, please advise when this documentation will be produced.

Additionally, attached please find Defendants' third request for production of documents to Plaintiff.

Best,

Lindsay

LINDSAY DITLOW
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5425 **Email** lditlow@mwe.com
Website | vCard | Twitter | LinkedIn

---

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Monday, June 12, 2023 6:53 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** Hafizov/BDO

**[ External Email ]**
Lindsay,

Per the conference last week, Defendants are required to do the following:

- By 6/13, provide us with information regarding the number of employees in NE Salt in the New York Office at Sr. Mgr. and above from 1/1/14 to the present.
- By 6/13, provide us with an explanation of the method/manner of the search conducted of the emails of Shannon Ford and Rocky Cummings.
- You are supposed to provide us with supplemental discovery responses as to the requests seeking documents/information related to Plaintiff's allegation that Defendants' accused him/his counsel of engaging in a breach of a settlement agreement. Please let us know when we can expect these.
- You were supposed to get back to us last week regarding the time frame in which you would be providing a hit report for the proposed ESI protocol we previously sent you. We have not heard back. Please advise.

Finally, we will be serving subpoenas on the following individuals: Tenielle Comerford, Rocky Cummings, Kristen Fasano, Shannon Ford, Amanda Turcotte and Nicholas Montorio. Formal subpoena notices will be provided, likely tomorrow. Please let us know whether you represent these individuals and/or can accept service of the subpoenas on their behalf or whether we should engage in service at their home or business addresses. It is our desire to avoid disruption to BDO or to non-party witnesses where possible, so please let us know and we can dispense with formal service.

Regards,

**David E. Gottlieb**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
Office: (212) 257-6800 | Cell: (347) 702-3579

dgottlieb@wigdorlaw.com
www.wigdorlaw.com

DAVID E. GOTTLIEB 2021 RECOGNIZED BY Best Lawyers

RATED BY Super Lawyers David E. Gottlieb SuperLawyers.com

Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**********************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
**********************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.