# Exhibit B

| | |
|---|---|
| **From:** | Ditlow, Lindsay |
| **To:** | David Gottlieb |
| **Cc:** | Meyer, Nicholas; Monica Hincken; Christina Sabato |
| **Subject:** | RE: Hafizov/BDO |
| **Date:** | Tuesday, June 13, 2023 3:35:49 PM |
| **Attachments:** | image001.png<br>image002.png<br>image004.png<br>image005.png |

David,

Two follow-ups. First regarding the subpoenas, I have to revise my prior statement as I cannot yet confirm that I can accept on those individuals' behalf's. Can you please advise of the dates/requests for the subpoenas and I will follow-up on whether we can voluntarily produce the individuals.

Second, regarding the language in the letter discussed below, I included the language in the letter following observations by MWE and BDO counsel.

LINDSAY DITLOW
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5425 **Email** lditlow@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Tuesday, June 13, 2023 12:40 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

**[ External Email ]**

Lindsay,

The purported interrogatory response you provided via email did not identify a single person--not you, not Mr. Sheehan, nor anyone else, as being responsible for that language in the letter (which as you know, we deem to be a threat even if you disagree). Moreover, and as I'm sure you know, the interrogatories are not limited to identification of "BDO employees" but ask for identification of any "person." Moreover, the interrogatory in question does not ask who "signed or drafted" the letter (how you characterized it in your below email), but identification of those "involved in the decision." Therefore, if someone at BDO reviewed/approved the letter, they were involved. The level of evasiveness, even in the face of a court order, is blatant and obvious.

**David E. Gottlieb**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003

Office: (212) 257-6800 | Cell: (347) 702-3579

dgottlieb@wigdorlaw.com
www.wigdorlaw.com

DAVID E. GOTTLIEB 2021 RECOGNIZED BY Best Lawyers

Super Lawyers David E. Gottlieb SuperLawyers.com

Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** Ditlow, Lindsay <Lditlow@mwe.com>
**Sent:** Tuesday, June 13, 2023 12:32 PM
**To:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

David,

It is not and has never been our position that that language magically appeared on paper. As is clear from the letter itself, I drafted and signed the letter. As I'm sure is the case with letters your write on behalf of your clients, they do not decide all the specific contents of a letter. I am not trying to be evasive here, but it truly is the case that no one at BDO made a specific decision to include that one sentence in the letter.

LINDSAY DITLOW
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5425 **Email** lditlow@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

---

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Tuesday, June 13, 2023 12:17 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

**[ External Email ]**
Lindsay,

You know very well that it's not a matter of "not liking" a response – it's a matter of you clearly not wanting to answer the question, even after the court issued an order. You did not identify a single person in response to the interrogatory that is seeking identification of persons involved in a specific act referenced in the complaint. Is it your position that no person decided to include that language in the letter to our firm, and that it magically appeared on the paper? Is it also your position that no person at BDO reviewed or approved the letter? I cannot believe we are going to have to go back to the judge on this issue a week later, but so be it.

**David E. Gottlieb**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
Office: (212) 257-6800 | Cell: (347) 702-3579

dgottlieb@wigdorlaw.com
www.wigdorlaw.com

DAVID E. GOTTLIEB 2021 RECOGNIZED BY Best Lawyers

Super Lawyers David E. Gottlieb SuperLawyers.com

Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Ditlow, Lindsay <Lditlow@mwe.com>
**Sent:** Tuesday, June 13, 2023 12:09 PM
**To:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

David,

We have fully complied with the Court's Order, just because you do not like the response does not mean that we have refused to engage in discovery on this issue.

Best,
Lindsay

LINDSAY DITLOW
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5425 **Email** lditlow@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

---

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Tuesday, June 13, 2023 12:04 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

**[ External Email ]**
Lindsay,

How did I know that you would continue to refuse to engage in discovery on the issue of the breach of contract threat, notwithstanding the court's clear order. We will be filing another motion to compel on the same issue. We will separately respond to other issues raised in your below email.

Regards,

**David E. Gottlieb**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
Office: (212) 257-6800 | Cell: (347) 702-3579

dgottlieb@wigdorlaw.com
www.wigdorlaw.com

DAVID E. GOTTLIEB 2021 RECOGNIZED BY Best Lawyers
Super Lawyers David E. Gottlieb SuperLawyers.com

Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** Ditlow, Lindsay <Lditlow@mwe.com>
**Sent:** Tuesday, June 13, 2023 11:56 AM
**To:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

David,

Thank you for your follow-up email below. As an initial matter, we expect to have the HIT report to you by end of this week. It took additional time to have the data transferred and processed before we were able to provide an estimate on the timeframe for completion.

Regarding the subpoenas to the non-party witnesses, I can accept service on their behalf. We can also consent to Shannon Ford and Rocky Cummings being included as Custodians for ESI purposes if the time period for Shannon Ford can be reduced to September 2021-present. Prior to this time period, Ms. Ford did not cover the SALT group and would have no relevant documentation. We believe this alleviates the need for further details on the explanation and manner of searches conducted, but for the sake of completeness can advise that searches were conducted using relevant terms, including by Plaintiff's name, in the time period related to Plaintiff's employment with BDO, including, without limitation, correspondence with Human Resources and termination.

As for your third item below, that we were "supposed to provide us with supplemental discovery responses as to the requests seeking documents/information related to Plaintiff's allegation that Defendants' accused him/his counsel of engaging in a breach of a settlement agreement" that is not correct. Judge Lehrburger only directed us to identify who at BDO made the decision to include this alleged accusation in the September 23, 2022 letter and produce any non-privileged responsive documents. Please be advised that no one at BDO made a decision to include any allegation against Mr. Hafizov that he engaged in a breach of the Sweeney settlement agreement as there is no such allegation in this letter. Please be further advised that no one at BDO made the decision to include any other comment with regard to a potential breach of the Sweeney settlement agreement in the letter and there are no non-privileged documents responsive to this request.

Regarding your first request below, we were required to provide information regarding the number of employees in the NE Salt group, who work in the New York office at Sr. Manager positions and above, and who reported to Ms. Bernier and Mr. Dyment from 1/1/14 to present. There are 5 employees who meet these specifics.

I can also confirm receipt of the supplemental documentation sent yesterday. I note this did not

contain any of the medical records requested and you previously mentioned this would take additional time, please advise when this documentation will be produced.

Additionally, attached please find Defendants' third request for production of documents to Plaintiff.

Best,
Lindsay

LINDSAY DITLOW
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5425 **Email** lditlow@mwe.com
Website | vCard | Twitter | LinkedIn

---

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Monday, June 12, 2023 6:53 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>
**Cc:** Meyer, Nicholas <Nmeyer@mwe.com>; Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** Hafizov/BDO

**[ External Email ]**
Lindsay,

Per the conference last week, Defendants are required to do the following:

- By 6/13, provide us with information regarding the number of employees in NE Salt in the New York Office at Sr. Mgr. and above from 1/1/14 to the present.
- By 6/13, provide us with an explanation of the method/manner of the search conducted of the emails of Shannon Ford and Rocky Cummings.
- You are supposed to provide us with supplemental discovery responses as to the requests seeking documents/information related to Plaintiff's allegation that Defendants' accused him/his counsel of engaging in a breach of a settlement agreement. Please let us know when we can expect these.
- You were supposed to get back to us last week regarding the time frame in which you would be providing a hit report for the proposed ESI protocol we previously sent you. We have not heard back. Please advise.

Finally, we will be serving subpoenas on the following individuals: Tenielle Comerford, Rocky Cummings, Kristen Fasano, Shannon Ford, Amanda Turcotte and Nicholas Montorio. Formal subpoena notices will be provided, likely tomorrow. Please let us know whether you represent these individuals and/or can accept service of the subpoenas on their behalf or whether we should engage in service at their home or business addresses. It is our desire to avoid disruption to BDO or to non-party witnesses where possible, so please let us know and we can dispense with formal service.

Regards,

**David E. Gottlieb**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
Office: (212) 257-6800 | Cell: (347) 702-3579

dgottlieb@wigdorlaw.com
www.wigdorlaw.com

DAVID E. GOTTLIEB 2021 RECOGNIZED BY Best Lawyers

RATED BY Super Lawyers David E. Gottlieb SuperLawyers.com

Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

*****************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*****************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.