USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RINAT HAFIZOV,

                      Plaintiff,

      - against -

BDO USA, LLP, et al,

                      Defendants.
------------------------------------------------------------X

22-CV-8853 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff's letter motion at Dkt. 58 requesting a conference to compel Defendants' compliance with the Court's previous order requiring Defendants to answer Interrogatory No. 19 and produce documents in response to Request No. 33. The Court has considered the parties' arguments and reviewed Defendants' most recent response to the Interrogatory. (*See* Dkt. 58 at 3.) Defendants' response sufficiently answers the interrogatory, and, as Defendants explain, they have no non-privileged documents to produce in response to Request No. 33. (*Id.*) Accordingly, there is nothing to compel and no need for a conference, and Plaintiff's letter motion is DENIED.

      The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 58.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2023
      New York, New York

Copies transmitted this date to all counsel of record.