

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 13, 2023

**VIA ECF**

The Honorable Robert W. Lehrburger
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

      RE:    Hafizov v. BDO USA, LLP, *et al.*; Case No.: 1:22-cv-08853 (JPC)

Dear Judge Lehrburger,

We represent Plaintiff and write to respectfully request leave to file a joint letter together with Defendants to address a dispute over confidentiality designations and the sealing issue identified in Dkt. No. 72. The parties have conferred and agree that it would be more expeditious and in keeping with judicial economy to file a single letter reflecting the parties' respective positions on this issue rather than filing dueling letters and responses. We anticipate the joint letter will be no longer than eight pages and we can file the letter as soon as today.

We thank the Court for its consideration of this application.

Respectfully submitted,

David E. Gottlieb