UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RINAT HAFIZOV,

                      Plaintiff,

        v.

BDO USA, LLP, JANET BERNIER and
MATTHEW DYMENT, in their individual and
professional capacities,

                      Defendants.
-------------------------------------------------------------X

Civil Action No.: 1:22-cv-08853 (JPC) (RWL)

**DECLARATION OF DAVID E. GOTTLIEB IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION TO COMPEL**

I, David E. Gottlieb, an attorney at law, duly licensed to practice law before the Courts of the State of New York, hereby declare the following statements under penalties of perjury:

1. I am a Partner at the law firm Wigdor LLP, attorney for Plaintiff Rinat Hafizov in the above-captioned matter. This Declaration is submitted in connection with Plaintiff's Reply Memorandum of Law in Further Support of his Motion to Compel.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the Affidavit of Andrew Greiner.

3. I declare that the foregoing is true and correct under penalties of perjury.

Dated: July 13, 2023
       New York, New York

                                                                             By: _____
                                                                                 David E. Gottlieb