# Exhibit A

## DECLARATION BY ANDREW GREINER

I, Andrew Greiner, hereby declare that the following is true to the best of my recollection:

1. I previously worked at BDO from approximately January 2018 through September 2018.

2. During my employment at BDO, I reported to Janet Bernier.

3. Ms. Bernier created a difficult and toxic environment, in part due to her offensive and discriminatory treatment of employees.

4. During my employment, a colleague of mine was Joshua Radbill and he also reported to Ms. Bernier.

5. Mr. Radbill practiced Judaism and observed Shabbat, sometimes requiring him to leave earlier than others on Fridays.

6. Any Friday that Mr. Radbill left early resulted in Ms. Bernier making inappropriate and offensive comments about his religious practices.

7. Ms. Bernier would complain about Mr. Radbill leaving work early to observe Shabbat.

8. Ms. Bernier would say "I can't believe he does this" and "I can't believe he gets to leave early."

9. Ms. Bernier would say about Mr. Radbill leaving early to observe Shabbat that "It's unfair."

10. Ms. Bernier would say about Mr. Radbill leaving early to observe Shabbat that "He better make up for it."

11. Ms. Bernier said, "I'm never again going to hire someone else who observes these holidays."

Initialed: AG

1

12. During my employment, I recommended a female candidate for a job at BDO who happened to practice Judaism and observed Shabbat. She did not get the job.

13. This statement is not intended to be comprehensive or exhaustive of my experiences with or observations of Ms. Bernier.

14. I declare under penalty of perjury that the foregoing is true and accurate.

*Andrew Greiner*      04/22/2023 | 4:30 PM PDT

Andrew Greiner      Dated