UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RINAT HAFIZOV,

                                 Plaintiff,

             v.

BDO USA, LLP, JANET BERNIER and
MATTHEW DYMENT, in their individual and
professional capacities,

                                 Defendants.
-------------------------------------------------------------X

Civil Action No.: 1:22-cv-08853 (JPC) (RWL)

## DECLARATION OF DAVID E. GOTTLIEB IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH

I, David E. Gottlieb, an attorney at law, duly licensed to practice law before the Courts of the State of New York, hereby declare the following statements under penalties of perjury:

1. I am a Partner at the law firm Wigdor LLP, attorney for Plaintiff Rinat Hafizov in the above-captioned matter. This Declaration is submitted in connection with Plaintiff's Reply Memorandum of Law in Further Support of his Motion to Compel.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's Rule 11 Letter to Defendants, sent *via* email to counsel for Defendants on September 18, 2023.

3. I declare that the foregoing is true and correct under penalties of perjury.

Dated: September 18, 2023
       New York, New York

By: _____
David E. Gottlieb