```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RINAT HAFIZOV,                                               :
                                                             :      22-CV-8853 (JPC) (RWL)
                                      Plaintiff,             :
                                                             :
             - against -                                     :      ORDER
                                                             :
BDO USA, LLP, et al,                                         :
                                                             :
                                      Defendants.            :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff's letter motion at Dkt. 122 seeking to quash the subpoenas Defendants served or plan to serve on the former employers of non-party Sweeney. The Court has reviewed Defendants' opposing response at Dkt. 124, and agrees with Defendants that Plaintiff sometimes seems confused about whose case he is litigating -- his own case or Sweeney's settled case. The Court also agrees with Defendants that Plaintiff has no privacy interest in the documents sought since they concern Sweeney, not Plaintiff. That said, the parties and the Court have an interest in not expending resources on material, such as the documents sought, that would be off limits even if Sweeney were the Plaintiff. (*See* cases cited by Plaintiff at Dkt. 122 at 2-3.) The Court has a duty to oversee discovery and guard against its abuse. Accordingly, the motion is granted, and the subpoenas in question are quashed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2023
         New York, New York

Copies transmitted this date to all counsel of record.