**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------- X

| | | |
|---|---|---|
| RINAT HAFIZOV, | : | Case 1:22-cv-08853 (JPC) (RWL) |
| *Plaintiff*, | : | |
| v. | : | **NOTICE OF MOTION FOR RECONSIDERATION UNDER LOCAL CIVIL RULE 6.3** |
| BDO USA, LLP, JANET BERNIER and MATTHEW DYMENT, in their individual and professional capacities, | : : | |
| *Defendants.* | : | |

--------------------------------- X

PLEASE TAKE NOTICE that Defendants BDO USA, P.C., Janet Bernier, and Matthew Dyment, by and through their attorneys, McDermott Will & Emery LLP, respectfully move this Court pursuant to Local Civil Rule 6.3, before the Honorable Robert W. Lehrburger, United States District Court for the Southern District of New York, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order for Reconsideration of the Court's October 16, 2023 Order quashing Defendants' subpoena as to Ryan, LLC, a former employer of nonparty Dennis Sweeney ("Sweeney"), and for other and further relief as the Court deems just and proper.  In support, Defendants submit a Memorandum of Law dated October 30, 2023, which is being filed contemporaneously with this notice.

|  |  |
|---|---|
| Dated: October 30, 2023<br>New York, New York | Respectfully submitted,<br><br>MCDERMOTT WILL & EMERY LLP<br><br>By: _*/s Lindsay Ditlow*_<br>Lindsay Ditlow<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>(212) 547-5425<br>Lditlow@mwe.com<br><br>*Attorneys for Defendants* |