

**Monica Hincken**
mhincken@wigdorlaw.com

October 30, 2023

**VIA ECF**

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

   Re: Rinat Hafizov v. BDO USA, LLP, *et al.*; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Judge Lehrburger:

We represent Plaintiff Rinat Hafizov in the above-captioned matter and write to respectfully request an adjournment of the conference currently scheduled for November 3, 2023 to a date available to the Court in December 2023.  Defendants consent to this request.  The reason for the requested extension is that lead counsel for Plaintiff is having surgery and will be on medical leave for at least the next two weeks.  This is the first request for an adjournment of this conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Monica Hincken

Cc: All counsel of record (*via* ECF)