# UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RINAT HAFIZOV,<br><br>*Plaintiff*,<br><br>-against-<br><br>BDO USA, LLP, JANET BERNIER and MATTHEW DYMENT, in their individual and professional capacities<br><br>*Defendants*. | Case No.: 1:22-cv-08853 |

**PLEASE TAKE NOTICE** that, Patrick J. Boyd, Esq., an attorney of The Boyd Law Group, PLLC, hereby appears in the above-captioned action as counsel on behalf of Defendant BDO USA, P.C.  I further certify that I am admitted to practice in this Court.

Dated:  October 30, 2023
        New York, New York

THE BOYD LAW GROUP, PLLC

By: */s/ Patrick J. Boyd*
Patrick J. Boyd, Esq.
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: (212) 867-3675
Fax: (212) 867-5765
pboyd@theboydlawgroup.com
*Attorneys for Defendant*