**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X

| | | |
|---|---|---|
| RINAT HAFIZOV, | : | Case 1:22-cv-08853 (JPC) (RWL) |
| *Plaintiff*, | : | |
| v. | : | **NOTICE OF MOTION FOR RECONSIDERATION UNDER LOCAL CIVIL RULE 6.3** |
| BDO USA, LLP, JANET BERNIER and MATTHEW DYMENT, in their individual and professional capacities, | : : | |
| *Defendants.* | : | |

------------------------------------ X

PLEASE TAKE NOTICE that Defendant BDO USA, P.C, by and through its attorneys, The Boyd Law Group, PLLC, respectfully move this Court pursuant to Local Civil Rule 6.3, before the Honorable Robert W. Lehrburger, United States District Court for the Southern District of New York, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order for Reconsideration of the Court's October 16, 2023 Order quashing Defendant's subpoena as to Eisner Advisory Group LLC and KPMG International Limited, current and former employers of nonparty Dennis Sweeney, respectively, and for other and further relief as the Court deems just and proper. In support, Defendant submits a letter memorandum dated October 30, 2023, which is being filed contemporaneously with this notice.

2

| | |
|---|---|
| Dated: October 30, 2023<br>New York, New York | Respectfully submitted,<br><br>THE BOYD LAW GROUP, PLLC<br><br>By:  */s Patrick Boyd*<br>Patrick Boyd<br>250 Park Avenue, 7th Floor<br>New York, NY 10017<br>Tel: (212) 867-3675<br>pboy@theboydlawgroup.com<br><br>*Attorneys for Defendant* |