# Exhibit D

# Meyer, Nicholas

| | |
|---|---|
| **From:** | Meyer, Nicholas |
| **Sent:** | Tuesday, October 17, 2023 2:52 PM |
| **To:** | Monica Hincken; David Gottlieb; Christina Sabato |
| **Cc:** | Ditlow, Lindsay |
| **Subject:** | RE: Hafizov v. BDO USA, LLP, et al; Case No.: 1:22-cv-08853-JPC-RWL |

Monica,

We are following up regarding the below. Please provide us with Mr. Greiner's current address and contact information.

Thank you,
Nick

NICHOLAS MEYER
Associate
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 929 566 8358     **Email** nmeyer@mwe.com
Website | vCard | Twitter | LinkedIn

**From:** Meyer, Nicholas
**Sent:** Friday, October 13, 2023 5:24 PM
**To:** Monica Hincken <mhincken@wigdorlaw.com>; David Gottlieb <dgottlieb@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Cc:** Ditlow, Lindsay <Lditlow@mwe.com>
**Subject:** Hafizov v. BDO USA, LLP, et al; Case No.: 1:22-cv-08853-JPC-RWL

Monica,

Pursuant to FRCP 26(a)(1)(A)(i), we request that you provide the address and telephone number of Andrew Greiner. As you know, Plaintiff specifically refers to Mr. Greiner within his Complaint. In addition, Plaintiff filed a signed declaration by Mr. Greiner with the Court on July 13, 2023, which Plaintiff claims to be relevant to his allegations in this matter.

Accordingly, please provide us with the address and telephone number of Mr. Greiner.

Thank you,
Nick

NICHOLAS MEYER
Associate
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 929 566 8358     **Email** nmeyer@mwe.com
Website | vCard | Twitter | LinkedIn

# Meyer, Nicholas

| | |
|---|---|
| **From:** | Christina Sabato <csabato@wigdorlaw.com> |
| **Sent:** | Wednesday, October 25, 2023 12:23 PM |
| **To:** | Ditlow, Lindsay; Meyer, Nicholas |
| **Cc:** | David Gottlieb; Monica Hincken |
| **Subject:** | Hafizov v. BDO USA, LLP, et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, October 27, 2023 2:00 PM |
| **Flag Status:** | Completed |

**[ External Email ]**

Lindsay and Nick,

Andrew Greiner can be reached at 917-961-8910. We do not have his address.

Thanks,
Christina

**Christina Sabato**
Associate

212 257 6800
85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





 Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

1