# Exhibit E

# Meyer, Nicholas

| | |
|---|---|
| **From:** | Monica Hincken <mhincken@wigdorlaw.com> |
| **Sent:** | Tuesday, November 7, 2023 9:36 AM |
| **To:** | Meyer, Nicholas |
| **Cc:** | David Gottlieb; Christina Sabato; Ditlow, Lindsay |
| **Subject:** | RE: Grenier deposition |

**[ External Email ]**

Nick,

As mentioned, we do not know his address.  We also do not represent him and have not been authorized to accept service of anything for him.

Best,
Monica

**From:** Meyer, Nicholas <Nmeyer@mwe.com>
**Sent:** Monday, November 6, 2023 9:46 AM
**To:** Monica Hincken <mhincken@wigdorlaw.com>
**Cc:** David Gottlieb <dgottlieb@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>; Ditlow, Lindsay <Lditlow@mwe.com>
**Subject:** RE: Grenier deposition

Monica,

Defendants will not be deposing Mr. Greiner this week.  Despite repeated attempts to contact Mr. Greiner via the phone number provided and to locate his current residential address via publicly available address searches, Defendants have been unable to contact or locate Mr. Greiner and thus unable to serve the subpoena upon him.

Since Plaintiff has evidently been able to contact Mr. Greiner in the past, please let us know if you are willing to advise us of Mr. Greiner's current residential address.  In the alternative, please let us know if you are willing to accept the subpoena on Mr. Greiner's behalf.

Thank you,
Nick

NICHOLAS MEYER
Associate
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 929 566 8358     **Email** nmeyer@mwe.com
Website | vCard | Twitter | LinkedIn

**From:** Monica Hincken <mhincken@wigdorlaw.com>
**Sent:** Friday, November 3, 2023 6:16 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>; Meyer, Nicholas <Nmeyer@mwe.com>
**Cc:** David Gottlieb <dgottlieb@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** Grenier deposition

**[ External Email ]**

1

Please confirm whether the Grenier deposition is taking place next week. If it is moving forward, we will need to appear remotely so please provide a link for us to do so.

Best,
Monica

*********************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.