

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023

mwe.com

Lindsay F. Ditlow
Attorney at Law
lditlow@mwe.com
+1 212 547 5425

November 14, 2023

Granted.
SO ORDERED:

11/14/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Magistrate Judge Lehrburger
The Honorable Robert W. Lehrburger
United States District Court Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

Re:   *Hafizov v. BDO USA, LLP, et al.*; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Magistrate Judge Lehrburger:

We represent Defendants BDO USA, P.C. ("BDO"), Janet Bernier and Matthew Dyment (together, the "Defendants") in the above-captioned matter. We write with Plaintiff Rinat Hafizov's ("Plaintiff") consent to respectfully request that the deadline to submit Defendants' response to Plaintiff's pre-motion letter to compel discovery, filed on November 10, 2023 (Dkt. No. 136), be extended by three business days, to **November 20, 2023**. The reason for the requested extension is that Defendants' counsel will be traveling for business purposes this week.

We further respectfully request that Plaintiff's deadline to submit his response to Defendants' pre-motion letter relating to Defendants' motion to preclude or strike the affidavit of Andrew Greiner, filed on November 13, 2023 (Dkt. No. 138) be extended by three business days, to **November 21, 2023**.

Plaintiff consents to both of the aforementioned requests, and the requested extensions will not affect any other scheduled dates.

We thank the Court for its time and attention to this matter.

Respectfully,

Lindsay F. Ditlow

cc: All counsel (via ECF)



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444
*US practice conducted through McDermott Will & Emery LLP.*