```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RINAT HAFIZOV,

                               Plaintiff,

              - against -

BDO USA, LLP, et al,

                               Defendants.
------------------------------------------------------------X

22-CV-8853 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court has received by email the attached letter from a non-party witness, Andrew Greiner, who has requested sealing of documents – the letter at Dkt. 89 (Affidavit of Janet Bernier, filed July 18, 2023 by Defendants) – based on information contained therein regarding certain private information. The request to seal is overbroad as the information noted by Mr. Greiner as of concern is but a small portion of both documents. Accordingly,

      (1) the Court has redacted from Mr. Greiner's letter the specific information he has called out for sealing;

      (2) the Clerk of Court is respectfully directed to file an unredacted copy of Mr. Greiner's email under seal, and to seal the Bernier Affidavit at Dkt. 89;

      (3) the Court will forward to the parties an unredacted version of Mr. Greiner's email;

      (4) Defendants are directed to file a redacted version of Dkt. 89 for public viewing that redacts the specific information of concern quoted by Mr. Greiner in his email;

1

(5) Any future filings that contain information of a private nature about Mr. Greiner shall be filed under seal in the first instance, with a redacted version filed on the public record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2023
        New York, New York

Copies transmitted this date to all counsel of record.