```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RINAT HAFIZOV,

                     Plaintiff,

      - against -

BDO USA, LLP, et al,

                    Defendants.
-------------------------------------------------------------X

22-CV-8853 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the discovery conference held via telephone on December 5, 2023, Defendant's motion at Dkt. 121 to compel Plaintiff to produce medical records that are the subject of patient-provider privilege is denied without prejudice to renewal in the future in the event Plaintiff puts his mental health at issue.

      The Clerk of Court is respectfully directed to terminate the motions at Dkts. 121 and 123.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 5, 2023
       New York, New York

Copies transmitted this date to all counsel of record.