```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RINAT HAFIZOV,                                              :
                                                            :        22-CV-8853 (JPC) (RWL)
                                  Plaintiff,                :
                                                            :
              - against -                                   :        ORDER
                                                            :
BDO USA, LLP, et al,                                        :
                                                            :
                                  Defendants.               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Defendants' letter motion at Dkt. 154 for an extension of discovery and Plaintiff's response at Dkt. 155. The Court agrees with Plaintiff that Defense counsel evidently overlooked expiration of the fact discovery deadline, and at the very least should have raised any need for an extension before November 15, 2023. That said, however, the reality is that discovery is ongoing with respect to production of ESI, and no depositions have been taken. Accordingly, the Court exercises its discretion to extend discovery, consistent with the time frame Plaintiff suggests in the event that an extension is granted. Specifically,

1. Fact discovery is extended to February 29, 2024 for purposes of completing ESI discovery, fulfilling any currently outstanding discovery obligations, and taking depositions.

2. Affirmative expert disclosures are due by March 15, 2024.

3. Responsive expert disclosures are due by March 29, 2024.

4. Expert discovery shall be completed by April 12, 2024.

5. The parties shall file a joint status letter by April 19, 2024.

6. There shall be no further extensions absent extraordinary circumstances.

1

2

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 154.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2023
       New York, New York

Copies transmitted this date to all counsel of record.