

**Monica Hincken**
mhincken@wigdorlaw.com

December 13, 2023

**VIA ECF**

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

   Re: <u>Rinat Hafizov v. BDO USA, LLP, *et al.*; Case No.: 1:22-cv-08853 (JPC) (RWL)</u>

Dear Judge Lehrburger:

We represent Plaintiff Rinat Hafizov in the above-referenced action and write to request an extension for the parties to file a joint submission presenting the requested Electronically Stored Information ("ESI") terms to which the parties have and have not agreed upon.  <u>See</u> Dkt. No. 146.  Defendants do not consent.

The current deadline to file the joint submission is today, December 13, 2023.  Plaintiff sent Defendant his portion of the joint submission at approximately 12:30 p.m.  After receiving no response from Defendants, Plaintiff asked Defendants at approximately 5:30 p.m. when their portion of the joint submission would be sent.  When no response was received by 6:00 p.m., Plaintiff informed Defendant that even if they sent their portion this evening, we intended to seek an extension to file the letter by the end of the week because there would not be enough time for Plaintiff to review Defendants' submission, make edits as necessary, send the edits back to Defendants for their review, and ultimately reach consensus on the joint submission and file it by the deadline.  <u>See</u> Exhibit A.  At 6:09 p.m., Defendants then sent their portion of the joint letter—nearly six hours after Plaintiff sent his section of the joint letter to Defendants.  <u>Id</u>.

This is Plaintiff's first request for an extension of this deadline and this extension does not require a change to any other scheduled dates.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Monica Hincken
Monica Hincken

Cc: All counsel of record (*via* ECF)