USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RINAT HAFIZOV,

                      Plaintiff,

     - against -

BDO USA, LLP, et al,

                      Defendants.
-----------------------------------------------------------X

22-CV-8853 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the parties' remaining disputes regarding search terms for ESI as set forth in their joint letter at Dkt. 159. Having considered the parties' arguments, the Court's prior orders, the "hit" numbers provided in the letter; and all factors relevant to assessing the proportionality of the discovery sought, the Court orders as follows:

      1. The terms regarding sexuality are outside the scope of the previous orders and shall not be included.

      2. Of the single terms without connectors identified at the top of page two of the letter, the following shall be performed without connectors: Animus; Hostil*; Racist; Retaliate*; Shabbat (for Bernier); Harass* (for Montorio). The other terms -- Ethnic and Jewish -- shall be used with the connectors proposed by Defendant at pages 5-6 of the parties' letter.

      3. Defendant shall perform the searches of Tenielle Comerford and Amanda Turcott appearing in red, struck-through lettering at pages 15-16 of Exhibit A to the letter.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2023
       New York, New York

Copies transmitted this date to all counsel of record.