# Exhibit A

# Meyer, Nicholas

| | |
|---|---|
| **From:** | Rigoberto Landers <Rigoberto_Landers@nysd.uscourts.gov> |
| **Sent:** | Wednesday, November 22, 2023 4:05 PM |
| **To:** | Meyer, Nicholas |
| **Subject:** | RE: Scheduling Room for Deposition at SDNY |

**[ External Email ]**

Good afternoon, Nicholas

Our policy is as follows,
If the judge presiding over the case orders the deposition to be taken in the courthouse, we will accommodate the judge's order and find an available space.

Prior to COVID-19 we accommodated requests for the requests for a deposition room without having an order from the judge.
Since COVID-19 we are more stringent in providing space in the courthouse.

Please feel free to contact me if you have any questions.

Have a good day.


**Rigoberto Landers**
Director of Judicial Services
United States District Court
Southern District of New York
E-mail: Rigoberto_landers@nysd.uscourts.gov
Office: (212) 805-4779
Mobile: (646) 210-6953

---

**From:** Meyer, Nicholas <Nmeyer@mwe.com>
**Sent:** Wednesday, November 22, 2023 2:34 PM
**To:** Rigoberto Landers <Rigoberto_Landers@nysd.uscourts.gov>
**Subject:** RE: Scheduling Room for Deposition at SDNY

**CAUTION - EXTERNAL:**

Hello Rigoberto,

1

As noted below, my name is Nicholas Meyer—I am an Associate at McDermott Will & Emery.  I am writing because my firm is representing a client in a civil litigation pending in SDNY, and we are interested in scheduling a room for a deposition at the Daniel Patrick Moynihan courthouse in January 2024.

We do not yet have a specific date set for deposition, but just wanted to know the procedure/logistics for how we would go about requesting a conference room for this purpose.

Thank you very much in advance for your assistance.

Best,
Nick

NICHOLAS MEYER
Associate
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 929 566 8358       **Email** nmeyer@mwe.com
Website | vCard | Twitter | LinkedIn

---

**From:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Sent:** Wednesday, November 22, 2023 2:04 PM
**To:** Meyer, Nicholas <Nmeyer@mwe.com>
**Subject:** RE: Scheduling Room for Deposition at SDNY

**[ External Email ]**
Please contact Rigoberto_Landers@nysd.uscourts.gov.

V. Bart
Help Desk Services
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805 – 0800 ext. 2

---

**From:** Meyer, Nicholas <Nmeyer@mwe.com>
**Sent:** Wednesday, November 22, 2023 1:01 PM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Subject:** Scheduling Room for Deposition at SDNY

**CAUTION - EXTERNAL:**

Hello,

My name is Nicholas Meyer—I am an Associate at McDermott Will & Emery.  I am writing because my firm is representing a client in a civil litigation pending in SDNY, and we are interested in scheduling a room for a deposition at the Daniel Patrick Moynihan courthouse in January 2024.

We do not yet have a specific date set for deposition, but just wanted to know the procedure/logistics for how we would go about requesting a conference room for this purpose.

Thank you very much in advance for your assistance.

Best,
Nick

NICHOLAS MEYER
Associate
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 929 566 8358     **Email** nmeyer@mwe.com
**Website | vCard | Twitter | LinkedIn**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.