# Exhibit B

Messages - Nick Montorio & Eugene Gibilaro

3/18/21 12:41:35 PM EDT

They also paid a $1 billion fine to the federal government

3/18/21 1:40:42 PM EDT



3/18/21 2:24:28 PM EDT



3/18/21 2:24:28 PM EDT

My new BDO profile photo?!

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

3/18/21 9:10:49 PM EDT

I think she likes me

3/18/21 9:45:30 PM EDT



3/18/21 9:45:30 PM EDT

I'd totally own a gun if I could

3/18/21 9:46:17 PM EDT

Thinking like .357 smith & wesson

3/18/21 9:47:08 PM EDT

If other fucking retards have them, why would you not have a gun to protect yourself against the retards

3/18/21 9:47:44 PM EDT

And I don't mean retard in a way to offend eg

3/18/21 10:35:18 PM EDT

Eugene Gibilaro

Where in California are you?

3/19/21 8:04:25 AM EDT

LA

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

3/21/21 6:23:25 PM EDT

Eugene Gibilaro
But rxh text came through when I took screen shot

3/21/21 6:23:42 PM EDT

Let me grab my smith & Wesson

3/21/21 6:24:28 PM EDT

I love that Nrmontor is Nrmontor in your phone

3/21/21 6:25:01 PM EDT

Eugene Gibilaro
Haha

3/21/21 6:26:46 PM EDT

Nrmontor should do his own thang

3/21/21 6:28:16 PM EDT

Smart, hard working. Fresh start is probably best way to go.

3/21/21 6:28:27 PM EDT



3/21/21 6:29:15 PM EDT

Or wait for Janet to die

3/21/21 6:32:10 PM EDT

Nick Montorio
Questioned "Ahhh, the top of that said "who would you go to for questions about due diligence" "

3/21/21 6:32:19 PM EDT

Nick Montorio
➤ Replying to Eugene Gibilaro, 2021-03-21 18:23:00: « Ahhh, the top of that said "who would you go to for questions about due diligence"  »

Kindly send such again

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

3/21/21 6:39:38 PM EDT

That's why I almost ate ██████

3/21/21 6:39:55 PM EDT

It's so stupid

3/21/21 6:41:10 PM EDT

Eugene Gibilaro

If diligence was just pointless and boring, that would be one thing. But the fact that you need to be on call 24/7 for bullshit makes it intolerable. You are always working on the schedule of the most psychotic person involved in the deal.

3/21/21 6:41:31 PM EDT

Laughed at "If diligence was just pointless and boring, that would be one thing. But the fact that you need to be on call 24/7 for bullshit makes it intolerable. You are always working on the schedule of the most psychotic person involved in the deal."

3/21/21 6:41:37 PM EDT

Agreed

3/21/21 6:42:10 PM EDT

All of whom I want to murder

3/21/21 6:43:48 PM EDT

Also

3/21/21 6:44:23 PM EDT

There are some beautiful ladies in Austin, Texas

3/21/21 6:45:00 PM EDT

Eugene Gibilaro

In my 4 months at PwC, one of the deals I worked on the target was a plumbing company. We were literally diligencing plumbers. Scott Rock told me he wanted me to be more thoughtful in identifying plumber salt issues.

3/21/21 6:48:52 PM EDT

This story is going to make me murder suicide some people

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

3/29/21 5:50:51 PM EDT

Also, why is my cable bill $190?

3/29/21 5:53:00 PM EDT

Eugene Gibilaro

Mine is like $230. I don't understand it. It started at like $99.

3/29/21 5:53:10 PM EDT

Same!

3/29/21 5:53:33 PM EDT

Makes me want to murder someone

3/29/21 5:53:57 PM EDT

Eugene Gibilaro

I called them once and complained and they told me there was nothing they could do for me. Basically challenged me to switch providers, they called my bluff. I was too lazy to do anything about it.

3/29/21 5:54:15 PM EDT

Same!

3/29/21 6:00:22 PM EDT

Woah, they're hooking me up! I just skull fucked someone into submission. They "found" a promotion for me.

3/29/21 6:00:45 PM EDT

And I'm canceling the landline

3/29/21 6:00:52 PM EDT

Which I've never used

3/29/21 6:01:57 PM EDT

Apparently, for further savings, you can just stream all the spectrum shit through an app on your smart TV, and then you don't need the receiver. A further savings of $20 per month.

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

6/28/21 8:31:32 AM EDT



6/28/21 8:31:54 AM EDT

"May we…"

6/28/21 8:31:59 AM EDT

Sounds retarded

6/28/21 8:35:41 AM EDT

Also, thanks for clarifying the time zone, but not copying the client on your polite request

6/28/21 8:47:14 AM EDT

Nick Montorio

That type of language kindly needs to be punished and rooted out like a weed

6/28/21 8:57:10 AM EDT

"May we" or "retarded"?

6/28/21 8:57:26 AM EDT

Nick Montorio

May we

6/28/21 8:59:07 AM EDT

"May you kindly [handle this turd]?"

CONFIDENTIAL

PL000501

Messages - Nick Montorio & Eugene Gibilaro

12/13/21 8:54:11 AM EST



12/13/21 8:54:11 AM EST

Too aggressive?

12/13/21 8:57:19 AM EST

Nick Montorio

Yes. Why is a clogged sink his fault?

12/13/21 8:58:38 AM EST

Accumulation of issues

12/13/21 8:59:01 AM EST



12/13/21 8:59:01 AM EST

You don't think this is an issue?

12/13/21 9:04:10 AM EST

Eugene Gibilaro

Big issue

12/13/21 9:05:16 AM EST

Agreed, I'm going to fucking murder this motherfucker

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

2/23/22 7:20:53 PM EST

Nrmontor and I excreted two ideas that no one had ever thought of before

2/23/22 7:21:08 PM EST

Which are bearing fruit now

2/23/22 7:21:42 PM EST

But that means that now we're going to have to wait like 18 more months for anything else to come to fruition

2/23/22 7:21:50 PM EST

If we even get anything else

2/23/22 7:21:57 PM EST

Eugene Gibilaro

"You don't deserve to exist. Why do you continue to insult me by existing?"

2/23/22 7:22:13 PM EST

I fucking hate everyone

2/23/22 7:22:30 PM EST

Eugene Gibilaro

I mean

2/23/22 7:22:44 PM EST

Eugene Gibilaro

Nobody wants to tell uncle vlad the truth

2/23/22 7:22:50 PM EST

I want to kill myself because other humans' existence is an insult to my existence

2/23/22 7:23:02 PM EST

Eugene Gibilaro

But his country's gdp is approximately the same size as Australia's

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

4/11/22 5:38:25 PM EDT

Eugene Gibilaro

And then they leaked the war plans to the us in hopes that would dissuade putin from invading and the fact that the bribes never happened wouldn't come to light

4/11/22 5:39:07 PM EDT

Eugene Gibilaro

They're all dead now likely

4/11/22 5:42:05 PM EDT

Haha

4/11/22 5:42:14 PM EDT

Sounds like Colombia

4/11/22 5:42:19 PM EDT



4/11/22 5:42:48 PM EDT

Sometimes you have to kill some people to prove a point

4/11/22 5:43:30 PM EDT

So I heard

4/11/22 6:05:52 PM EDT

Don't you think he needs to be taken out asap?

4/11/22 6:06:08 PM EDT

He's a rat in a corner

4/11/22 6:06:19 PM EDT

The most dangerous kind of rat

CONFIDENTIAL

Messages - Nick Montorio & Eugene Gibilaro

4/21/22 11:17:53 PM EDT



4/21/22 11:17:53 PM EDT

:(

4/21/22 11:44:36 PM EDT

I like shooting

4/21/22 11:44:58 PM EDT

People

4/22/22 3:57:45 AM EDT

https://music.apple.com/us/album/the-hills/1440826239?i=1440826383

4/22/22 6:21:12 AM EDT



Messages - Nick Montorio & Eugene Gibilaro

6/29/22 10:47:32 PM EDT

Eugene Gibilaro

I thought atlas shrugged was the most profound thing I ever read when I was 26

6/29/22 10:47:41 PM EDT

Same

6/29/22 10:47:41 PM EDT

Eugene Gibilaro

Now I don't think so

6/29/22 10:47:47 PM EDT

Same

6/29/22 10:47:57 PM EDT

Eugene Gibilaro

Human experience had moved me away from such

6/29/22 10:48:07 PM EDT

Whenever I speak Spanish now

6/29/22 10:48:27 PM EDT

I want to murder people when they correct me

6/29/22 10:48:37 PM EDT

Which happens a lot

6/29/22 10:49:02 PM EDT

Eugene Gibilaro

Does rxh speak Spanish with Russian accent or American accent? Probably American I bet.

6/29/22 10:49:14 PM EDT

No accent

6/29/22 10:49:27 PM EDT

Which is what throws people off

CONFIDENTIAL

Messages - Nick Montorio

3/12/21 8:22:24 PM EST

Thanks Janet, almost 2 years after I identified opportunity

3/12/21 8:23:27 PM EST

Ps: I put 2-page memo together 6 months ago

3/12/21 8:23:57 PM EST

Ha.

3/12/21 8:24:08 PM EST

Dude, like wtf

3/12/21 8:24:12 PM EST

I'm reserved to be a helper monkey for now

3/12/21 8:24:20 PM EST

I'm years away from partner

3/12/21 8:24:27 PM EST

It makes me so angry

3/12/21 8:24:28 PM EST

No need to "compete"
With her

3/12/21 8:24:45 PM EST

"I agree Julie"

3/12/21 8:25:08 PM EST

I've tried to be nice

3/12/21 8:25:16 PM EST

I've tried to sort of kiss ass

3/12/21 8:25:43 PM EST

But like she's fucking retarded or insane

3/12/21 8:27:37 PM EST

It's so demoralizing

CONFIDENTIAL

Messages - Nick Montorio

3/12/21 8:27:50 PM EST

I want to fucking kill someone

3/12/21 8:29:39 PM EST

I guess the answer is to leave or just overwhelm with revenue where you can't be ignored

3/12/21 8:29:56 PM EST

I mean, $4.5m or whatever is not very much for nyc

3/12/21 8:30:20 PM EST

Kevin Durant makes almost ten times that without even playing

3/12/21 8:31:20 PM EST

Joe Carr told me I basically need to wait for Julie to retire

3/12/21 8:31:43 PM EST

How can I get $3m a year in my name, year after year ?

3/12/21 8:32:00 PM EST

So I need to leave or just say "yes Julie"

3/12/21 9:06:29 PM EST

International

3/12/21 9:06:31 PM EST

Refunds

3/12/21 9:06:41 PM EST

Gets these ffs on board

3/12/21 9:07:03 PM EST

All she can do is $4.5m a year in nyc?

3/12/21 9:07:12 PM EST

Seems pretty low

3/12/21 9:08:25 PM EST

Like, how many partners are there in Chicago?

CONFIDENTIAL

Messages - Nick Montorio

3/12/21 9:08:36 PM EST

More than 1, right?

3/12/21 9:09:08 PM EST

Or is there basically one partner per region?

3/12/21 9:10:18 PM EST

Maybe just poison her

3/12/21 9:10:29 PM EST

Let's get back to the office asap!

3/12/21 9:31:02 PM EST

I don't know, I wanna fuck these people over

3/12/21 9:32:28 PM EST

It's like borderline abuse

3/12/21 9:32:50 PM EST

They don't do shit

3/12/21 9:33:05 PM EST

Other than ask people to so shit for them

3/12/21 9:33:12 PM EST

Fuck, Shaun could do that

3/12/21 9:33:58 PM EST

While referring to people as "bodies" and calling themselves good people

3/12/21 9:35:08 PM EST

If I get fired, I will seriously sue Janet just for fun

3/12/21 9:35:50 PM EST

I'm mad

3/12/21 9:35:59 PM EST

Sorry for taking it out on you

CONFIDENTIAL

Messages - Nick Montorio

3/12/21 11:01:09 PM EST

If you don't want to sign that sa for my friend, let's just throw it to Michael hurwitz

3/12/21 11:01:22 PM EST

I don't want this cunt dealing with my friend

3/12/21 11:02:03 PM EST

Michael hurwitz has been pretty cool in interactions with me

3/12/21 11:02:17 PM EST

➜ Replying to you, 2021-03-12 23:01:22: « I don't want this cunt dealing with my friend »

Meaning Julie

3/13/21 8:04:15 AM EST

Yeah, Mike seems like a cool guy

3/13/21 8:09:02 AM EST

He should be CA over me for that kind of project

3/13/21 8:09:29 AM EST

You need to be project authority/manager and in CrM as "identified by"

3/13/21 8:09:55 AM EST

Do you think wants to fire you?

3/13/21 8:30:43 AM EST

He can be CA, but shouldn't we be the ones signing the overall services agreement? He can have the SOWs

3/13/21 8:31:27 AM EST

I'm sure she has wanted to fire everyone at one time or another

3/13/21 8:31:52 AM EST

Petty exercise of authority is more important to her than accomplishing anything

CONFIDENTIAL

Messages - Nick Montorio

4/1/21 10:01:21 AM EDT

Oh good

4/1/21 2:42:51 PM EDT

This boring

4/1/21 2:53:05 PM EDT

Yeah, I don't know what's happening

4/1/21 2:53:21 PM EDT

Rudderless ship

4/1/21 2:54:38 PM EDT

It's remarkable people can talk so long about a spreadsheet

4/1/21 2:57:15 PM EDT

Blarg

4/1/21 8:50:11 PM EDT

Did you tell Steve over the phone that █████ has now received two notices?

4/1/21 9:00:11 PM EDT

I didn't

4/1/21 9:00:30 PM EDT

Nothing to lose at this point

4/2/21 12:59:03 PM EDT

KF told me that Julie is an asshole and that she would rather work for me as partner than her.  I let KF know that she can always voice these concerns to HR

4/2/21 1:09:47 PM EDT

Nice

4/2/21 1:10:05 PM EDT

It would be best if Julie were neutralized

CONFIDENTIAL

Messages - Nick Montorio

5/14/21 8:06:42 AM EDT

"I don't need to retire for another 10 years" Ff Julie

5/14/21 8:06:55 AM EDT

Visions of revolution

5/14/21 8:07:31 AM EDT

*Attachment not found: IMG_9739.gif (Image)*

5/14/21 8:08:14 AM EDT

Maybe she'll get cancer before then

5/14/21 9:44:47 AM EDT

"Did we decide to skip on the managed audit? I don't remember." - Steve

5/14/21 9:45:02 AM EDT

"Uh... pursue it."

5/14/21 9:45:32 AM EDT

"Oh ok. I'm setting up a call with the auditor. I have a feeling he's a hard ass. I'm going to feel him out on Tuesday."

5/14/21 9:45:40 AM EDT

"Uh, ok, sounds good."

5/14/21 9:46:06 AM EDT

What the fuck

5/14/21 10:03:01 AM EDT

Lol

5/14/21 10:08:22 AM EDT

He should not be in charge

5/14/21 10:08:49 AM EDT

How can he resolve any audit issues with the way he communicates?

CONFIDENTIAL

Messages - Nick Montorio

6/30/21 11:03:45 AM EDT

"I had a chance to speak to ███████ at ███████"

6/30/21 11:03:51 AM EDT

The name is evolving

6/30/21 11:04:12 AM EDT

I'm sure he values those interactions

6/30/21 11:04:58 AM EDT

I like it when Julie ends a sentence on a dramatic pause, and there are crickets

6/30/21 11:05:29 AM EDT

"I share that with you because…"

6/30/21 11:05:56 AM EDT

I hate the way she talks

6/30/21 11:06:02 AM EDT

Lol

6/30/21 11:06:09 AM EDT

It's all hot air

6/30/21 11:06:12 AM EDT

No substance

6/30/21 11:06:21 AM EDT

It's somehow both condescending and retarded

6/30/21 11:06:25 AM EDT

Right

6/30/21 11:06:27 AM EDT

The best combination

6/30/21 11:06:36 AM EDT

Like eleni

CONFIDENTIAL

Messages - Nick Montorio

11/20/21 6:58:29 PM EST

(Technology, more broadly)

11/20/21 6:58:35 PM EST

Agreed

11/20/21 6:59:05 PM EST

We just have to wait for our opportunity

11/20/21 6:59:13 PM EST

And when we see it, go balls out

11/20/21 6:59:33 PM EST

What's the worst that can happen?

11/20/21 7:00:04 PM EST

Yeah, I liked telling Stephen why he was wrong. That is good practice

11/20/21 7:00:14 PM EST

Can't be a bitch boy forever

11/20/21 7:00:33 PM EST

Yeah, the truth is the truth

11/20/21 7:01:06 PM EST

We just need to pacify Julie

11/20/21 7:01:23 PM EST

But keep our eyes on the prize

11/20/21 7:01:30 PM EST

I think we're getting closer

11/20/21 7:01:52 PM EST

There is a great scene in Succession when Shiv comes in to talk to Frank and other guy about the progress of the deal

11/20/21 7:02:03 PM EST

At the end, she tells them to keep her informed

CONFIDENTIAL

Messages - Nick Montorio

12/14/21 9:16:13 PM EST



12/14/21 9:16:13 PM EST

Just fyi

12/14/21 9:16:32 PM EST

I'm so wet right now

12/14/21 9:18:45 PM EST

I feel like I should send her an eggplant

12/14/21 9:19:09 PM EST

Good night!

12/14/21 9:51:06 PM EST

Just remember

12/14/21 9:51:21 PM EST

Pussies don't get pussy

12/14/21 10:47:37 PM EST

This is risky

12/14/21 10:48:24 PM EST

But, what if you and I simultaneously threatened to leave to start our own SALITS practice like that ff we talked to

CONFIDENTIAL

Messages - Nick Montorio

1/31/22 7:50:41 PM EST



1/31/22 7:50:41 PM EST

I will rape youuuuuuu

1/31/22 7:51:08 PM EST

Sometimes it's nice to just follow girls for hours

1/31/22 7:51:16 PM EST

See what they get up to

1/31/22 7:52:05 PM EST

This is the beginning of the screenplay for our Netflix series we were talking about

1/31/22 7:52:45 PM EST

It's going to be a comedy

CONFIDENTIAL

PL002333

Messages - Nick Montorio

2/18/22 1:59:48 PM EST

Alison may be retarded, dya?

2/18/22 2:16:53 PM EST

la.

2/18/22 2:17:03 PM EST

But she may be impacted by death of guy

2/18/22 2:53:23 PM EST

Pavarotti or whatever from the New Jersey office?

2/18/22 2:54:00 PM EST

No, look at the email I sent you re Alison from Nate and ffmd

2/18/22 2:54:12 PM EST

Another dude died

2/18/22 2:55:07 PM EST

Woah

2/18/22 2:55:11 PM EST

Just now?

2/18/22 2:55:20 PM EST

Yeah

2/18/22 2:57:09 PM EST

Is it our turn yet?

2/18/22 2:57:20 PM EST

When is Julie going to die?

2/18/22 2:57:46 PM EST

The yammer article needs to be tight

2/18/22 2:57:48 PM EST

That would be the best thing to happen to SALT since wayfair

CONFIDENTIAL

Messages - Nick Montorio

2/23/22 9:31:21 PM EST

Figuratively speaking

2/23/22 9:31:27 PM EST

Never really

2/23/22 9:32:11 PM EST



2/23/22 9:32:16 PM EST

Yeah

2/23/22 9:32:26 PM EST

I should never own a gun

2/23/22 9:32:40 PM EST

You never know

2/23/22 9:32:46 PM EST

I have thought about such too

2/23/22 9:33:09 PM EST

It would be like going to a strip club… why tempt yourself

2/23/22 9:34:03 PM EST

Who would you kill first, yourself or your family?

2/23/22 9:35:00 PM EST



CONFIDENTIAL

Messages - Nick Montorio

3/12/22 6:23:38 PM EST

Loved "Dude, we'll fucking murder these midwestern tractor driving ffs"

3/12/22 6:23:56 PM EST

The whole crew is all ████ guys (Eg████)

3/12/22 6:24:17 PM EST

And now we gotta battle those Boston ffs

3/12/22 6:24:27 PM EST

We at war son

3/12/22 6:27:57 PM EST

I like fighting

3/12/22 6:28:19 PM EST

We're so much smarter

3/12/22 6:28:40 PM EST

And we actually have ideas

3/12/22 6:28:57 PM EST

The BDO platform is basically all that matters

3/12/22 6:29:09 PM EST

We need a platform

3/12/22 6:30:43 PM EST

We're going to kill these ffs

3/13/22 9:35:29 AM EDT

I'm picturing myself like Eminem at the end of 8 mile, with a black eye, just going nuts on Rocky and saying fuck you to the free world (Boston)

CONFIDENTIAL

Messages - Nick Montorio

4/6/22 7:56:08 PM EDT



4/6/22 7:56:14 PM EDT

I agree

4/6/22 7:57:01 PM EDT

Loved "We do all the work, which would actually be cool"

4/6/22 7:57:32 PM EDT

➜ Replying to Nick Montorio, 2022-04-06 19:33:15: « We do all the work, which would actually be cool »

That was my thinking as well

4/6/22 8:48:32 PM EDT

Yeah, the more I think about it, the more of an opportunity it seems to be for us

4/6/22 8:49:17 PM EDT

We could just take over this shit

4/6/22 8:49:30 PM EDT

And you'll be the natural lead on it when Julie dies

4/6/22 8:49:41 PM EDT

And then we could bring Eg on too

CONFIDENTIAL

Messages - Nick Montorio

4/21/22 8:21:03 PM EDT

I am so happy I have a woman who loves me as I am

4/21/22 8:25:30 PM EDT

https://music.apple.com/us/album/the-hills/1440826239?i=1440826383

4/21/22 8:25:30 PM EDT

Oh noooooooooooooooooooooo

4/21/22 8:29:37 PM EDT

https://music.apple.com/us/album/low-life-feat-the-weeknd/1102577366?i=1102577421

4/21/22 8:29:37 PM EDT

Best song ever

4/21/22 8:45:15 PM EDT

Now I'm like, I want to kill everyone

4/21/22 8:47:20 PM EDT

https://music.apple.com/us/album/its-bigger-than-hip-hop-hip-hop-remix/219077856?i=219078030

4/21/22 8:49:19 PM EDT

If my woman ever disrespected… :(

4/21/22 8:51:12 PM EDT

https://music.apple.com/us/album/invincible/1497237692?i=1497237693

4/21/22 8:51:45 PM EDT

I pop a perc. I'm feelin Colombian

4/21/22 8:53:09 PM EDT

I makin them millions

4/21/22 8:53:59 PM EDT

https://music.apple.com/us/album/welcome-to-the-party/1473525230?i=1473525323

CONFIDENTIAL

PL002586

Messages - Nick Montorio

4/22/22 4:54:53 PM EDT

But he was in the Juice WRLD documentary on HBO

4/22/22 4:56:09 PM EDT

https://music.apple.com/us/album/i-like-it/1368156323?i=1368157211

4/22/22 4:56:10 PM EDT

I want to find the next j balvin

4/22/22 4:56:20 PM EDT

He's from Medellin

4/22/22 4:56:34 PM EDT

Like Johnny!

4/22/22 5:30:35 PM EDT

➜ Replying to you, 2022-04-22 16:20:50: « https://music.apple.com/us/album/laugh-now-cry-later-feat-lil-durk/1527584873?i=1527584879 »

Oh no, why she take the whole thing!?

4/22/22 5:30:55 PM EDT

But

4/22/22 5:31:12 PM EDT

Why they sayin all this an all that

4/22/22 5:34:17 PM EDT

When they sayin all this and all that

4/22/22 5:34:27 PM EDT

They know where we be at

4/22/22 5:34:46 PM EDT

Janet come sit on my lap

4/22/22 5:35:06 PM EDT

Bitches tryina attack

CONFIDENTIAL

Messages - Nick Montorio

4/30/22 10:39:21 AM EDT

The further it expands, the more touch points there are

4/30/22 10:39:24 AM EDT

Or some such

5/1/22 3:07:26 AM EDT

https://music.apple.com/us/album/low-life-feat-the-weeknd/1102577366?i=1102577421

5/1/22 3:08:49 AM EDT

Almost got into a fight with like 9 dudes at the club

5/1/22 3:09:18 AM EDT

I still want to murder all of them

5/1/22 3:09:27 AM EDT

Just venting

5/1/22 3:11:23 AM EDT

Security had to escort me out the back door 

5/1/22 3:13:33 AM EDT

All because some ff tried to kiss Clara's sister

5/1/22 3:14:04 AM EDT

I don't regret it

5/1/22 3:14:36 AM EDT

I have some rage in me, if someone wants to bring it, I got it

5/1/22 3:15:50 AM EDT

https://music.apple.com/us/album/live-from-the-gutter/1440842320?i=1440842663

CONFIDENTIAL

PL002635

Messages - Nick Montorio

5/9/22 1:14:41 PM EDT

"I don't view Janet as a…. …. person"

5/9/22 6:05:48 PM EDT



Is this a joke?

5/9/22 6:05:48 PM EDT

5/9/22 6:07:06 PM EDT

They're trying to automate you

5/9/22 6:14:39 PM EDT

I missed your call, do you want to talk?

5/9/22 6:14:54 PM EDT

Pls advise. Ty, yw.

5/9/22 6:59:32 PM EDT

I'm going into NYC tomorrow, fyi

5/9/22 6:59:59 PM EDT

Office?

5/9/22 7:00:08 PM EDT

Want to connect live?

CONFIDENTIAL

PL002668

Messages - Shayna Becker

1/29/21 12:32:27 PM EST

Equivalent to a shitty mug

1/29/21 1:06:20 PM EST

For real

1/29/21 1:08:37 PM EST

:(

1/29/21 1:08:41 PM EST

Sorry bb

1/29/21 1:09:16 PM EST



1/29/21 1:11:41 PM EST

Is that ▮ the covid surprise?

1/29/21 1:12:03 PM EST

Yeah

1/29/21 1:12:23 PM EST

I'm going to spend it on anthrax to send to BDO leadership

PL003963

Messages - Shayna Becker



2/8/21 8:29:25 PM EST

I hate my job

2/8/21 8:29:39 PM EST

I hope i get fired, so I can sue them

Messages - Shayna Becker

2/8/21 8:29:48 PM EST

:(

2/8/21 8:30:13 PM EST

Nick and I had a combustible conversation today

2/8/21 8:30:18 PM EST

He's a dick

2/8/21 8:30:27 PM EST

What happened

2/8/21 8:30:44 PM EST

But I think he's worried if I sue them, he'll be called to testify

2/8/21 8:31:04 PM EST

Why are you suing them

2/8/21 8:31:10 PM EST

Well, he's all about being "by the book"

2/8/21 8:31:31 PM EST

But I was like, when was my performance review

2/8/21 8:31:51 PM EST

He basically said "Covid" made it difficult

2/8/21 8:32:13 PM EST

To which I was like, well, we only had it after I asked you about it

2/8/21 8:32:43 PM EST

➤ Replying to Shayna Becker, 2021-02-08 20:31:04: « Why are you suing them »

Why the fuck not?

2/8/21 8:32:51 PM EST

I am confused

Messages - Shayna Becker

2/8/21 8:33:05 PM EST

I'm not suing them

2/8/21 8:33:16 PM EST

But that's in the back of his mind always

2/8/21 8:33:29 PM EST

How could he get pinned with something

2/8/21 8:34:42 PM EST

So when he was being a dick, and I pointed out instances that don't quite jive with his perception of himself, he got flustered

2/8/21 8:35:19 PM EST

And adopted Nick supervisor tone

2/8/21 8:35:31 PM EST

Anyway, who cares

2/8/21 8:35:38 PM EST

If I get fired, I'm suing them

2/8/21 8:35:51 PM EST

Oh boy

2/8/21 8:36:02 PM EST

Do you actually think you will get fired

2/8/21 8:36:18 PM EST

No

2/8/21 8:36:22 PM EST

I'm too good

2/8/21 8:36:49 PM EST

You would have to really fuck up I think

2/8/21 8:37:06 PM EST

Imagine being unemployed right now

PL004023

Messages - Shayna Becker

**REDACTED**

3/15/21 12:33:16 PM EDT

Bring some warm clothes, it gets cold in evening

3/15/21 12:33:24 PM EDT

No!

3/15/21 12:33:45 PM EDT

Can your mom take us to shoot guns?

3/15/21 12:33:51 PM EDT

But also warm clothes bc Austin seems hot

3/15/21 12:33:54 PM EDT

(Not at each other)

3/15/21 12:33:57 PM EDT

I don't wanna do that thx

3/15/21 12:34:07 PM EDT

I'll just go with your mom then

3/15/21 12:34:52 PM EDT

Can I at least have a photo shoot with her guns?

3/15/21 12:35:00 PM EDT

(Preferably unloaded)

3/15/21 12:35:07 PM EDT

:/

3/15/21 12:35:18 PM EDT

It's for my new album cover

PL004238

Messages - Shayna Becker

3/15/21 12:37:00 PM EDT



3/15/21 12:37:08 PM EDT

No thx

3/15/21 12:37:14 PM EDT

"Dedicated to Janet"

3/15/21 12:37:19 PM EDT

Lmao



PL004239