USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RINAT HAFIZOV,                                               :
                                                             :      22-CV-8853 (JPC) (RWL)
                              Plaintiff,                     :
                                                             :
            - against -                                      :      ORDER
                                                             :
BDO USA, LLP, et al,                                         :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Based on Plaintiff's consent to have his deposition taken at the United States Courthouse in Manhattan (*see* Dkt. 162), it is hereby ordered that the deposition of Plaintiff Rinat Hafizov may be held at the federal courthouse at either 500 Pearl Street or 40 Foley Square as space permits.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 23, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1