# Exhibit A

| | |
|---|---|
| **From:** | David Gottlieb |
| **Sent:** | Monday, February 5, 2024 10:19 AM |
| **To:** | Ditlow, Lindsay; Meyer, Nicholas |
| **Cc:** | Monica Hincken; Christina Sabato |
| **Subject:** | RE: Hafizov/BDO |

OK. I'll give you a call at 1pm. Thanks,

**David E. Gottlieb**
Partner
85 Fifth Avenue
New York, NY 10003
Office: 212 257 6800
Cell: 347-702-3579
**wigdorlaw.com**





 Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Ditlow, Lindsay <Lditlow@mwe.com>
**Sent:** Monday, February 5, 2024 10:15 AM
**To:** David Gottlieb <dgottlieb@wigdorlaw.com>; Meyer, Nicholas <Nmeyer@mwe.com>
**Cc:** Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

Hi David,
  I'm free between 1-4. Please let me know what works best for you

LINDSAY DITLOW
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5425     **Email** lditlow@mwe.com
Website | vCard | Twitter | LinkedIn

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Monday, February 5, 2024 9:32 AM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>; Meyer, Nicholas <Nmeyer@mwe.com>
**Cc:** Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** Re: Hafizov/BDO

**[ External Email ]**

1

Lindsay,

Let me know when you have a moment to speak today.  Thanks.


David E. Gottlieb
*Partner*

Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Office: (212) 257-6800
Cell: (347) 702-3579

dgottlieb@wigdorlaw.com
www.wigdorlaw.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** David Gottlieb
**Sent:** Friday, February 2, 2024 3:45:12 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>; Meyer, Nicholas <Nmeyer@mwe.com>
**Cc:** Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

I don't expect to need more than an a couple of hours for the deposition, so there will be no interference with your religious observance—which I took into account despite your assumption that I did not.  We will be proceeding that date.


**David E. Gottlieb**
Partner
85 Fifth Avenue
New York, NY 10003
Office: 212 257 6800
Cell: 347-702-3579
**wigdorlaw.com**





 Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Ditlow, Lindsay <Lditlow@mwe.com>
**Sent:** Friday, February 2, 2024 3:41 PM
**To:** David Gottlieb <dgottlieb@wigdorlaw.com>; Meyer, Nicholas <Nmeyer@mwe.com>
**Cc:** Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** RE: Hafizov/BDO

David,

  As has been clear from the correspondence between Monica and I, we had all been working together to find mutually convenient dates for all counsel and deponents.  I am therefore very surprised by your email noticing a confirmed date for Mr. Sweeney's deposition without any prior notice or offering of potential dates.  We are not available on Friday, February 9.  And even if we were able to move things to accommodate this date, as I have clearly conveyed to you and your office before, I am a Sabbath observer and have time restrictions and other obligations on Fridays which would require me to end any participation early in the afternoon.  Knowingly scheduling a deposition for a day when lead counsel would be unavailable is the epitome of not working together in good faith to manage discovery.  Accordingly, please propose alternative dates for Mr. Sweeney's deposition and confirm the deposition will not take place on February 9.  Absent confirmation of same by end of day, we will have no choice but to raise this issue with the Court.

Best,
Lindsay

LINDSAY DITLOW
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5425     **Email** lditlow@mwe.com
Website | vCard | Twitter | LinkedIn

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Friday, February 2, 2024 3:21 PM
**To:** Ditlow, Lindsay <Lditlow@mwe.com>; Meyer, Nicholas <Nmeyer@mwe.com>
**Cc:** Monica Hincken <mhincken@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>
**Subject:** Hafizov/BDO

**[ External Email ]**
Lindsay,

Dennis Sweeney will be appearing for a deposition pursuant to the previously served subpoena on Friday, February 9 at 9:30am.  The deposition will take place by Zoom.  We will circulate the links next week.

Regards,


**David E. Gottlieb**
Partner
85 Fifth Avenue
New York, NY 10003
Office: 212 257 6800
Cell: 347-702-3579
**wigdorlaw.com**





 Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

*********************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.