

mwe.com

Lindsay F. Ditlow
Attorney at Law
lditlow@mwe.com
+1 212 547 5425

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024
```

February 5, 2024

So ordered. The Clerk of Court is directed to terminate the letter motion at Dkt. 165 as moot.

**VIA ECF**

SO ORDERED:

2/5/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

Re:   *Hafizov v. BDO USA, LLP, et al.*; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Magistrate Judge Lehrburger:

Defendants BDO USA, P.C., Janet Bernier and Matthew Dyment (together, the "Defendants") write with the consent of Plaintiff Rinat Hafizov ("Plaintiff"), and respectfully submit this letter pertaining to Defendants' pre-motion letter requesting a Protective Order, filed on February 5, 2024. *See* Dkt. No. 165.

This afternoon, counsel for both Parties agreed that Mr. Dennis Sweeney's deposition would not take place on February 9, 2024, and the Parties are now cooperating to select a mutually agreeable date for Mr. Sweeney's deposition.

Accordingly, Defendants' motion is now moot, and Defendants respectfully withdraw their motion.

Respectfully,

Lindsay F. Ditlow

cc: All counsel (via ECF)



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*