

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

March 18, 2024

**VIA ECF**

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

      Re:    Hafizov v. BDO USA, LLP, et al.; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Judge Lehrburger:

We represent Plaintiff and write jointly with Defendants to report that this matter has been resolved in principle subject to completion of the necessary documents. As the parties mutually desire to allocate resources towards resolution, we respectfully request a stay of this litigation. If the Court is amenable, we respectfully request 30 days to finalize this matter and to the extent the resolution is not completed by then, we will advise the Court and propose a schedule to complete discovery.

Respectfully submitted,

David E. Gottlieb

Cc:    All counsel of record (*via* ECF)

---

> As requested herein, the case is stayed for 30 days so that the parties may effect a settlement. If the parties wish to extend the stay, they must submit a request in advance of expiration of the 30-day period. SO ORDERED:
>
> 3/19/2024
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE