

mwe.com

Lindsay F. Ditlow
Attorney at Law
lditlow@mwe.com
+1 212 547 5425

April 17, 2024

**VIA ECF**

Magistrate Judge Lehrburger
The Honorable Robert W. Lehrburger
United States District Court Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

**Re:** *Hafizov v. BDO USA, LLP, et al.*; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Magistrate Judge Lehrburger:

Pursuant to Your Honor's March 19, 2024 Order, Defendants BDO USA, P.C. ("BDO"), Janet Bernier, and Matthew Dyment (together, the "Defendants"), with the consent of Plaintiff Rinat Hafizov ("Plaintiff), respectfully request a 30-day extension to the litigation stay period for the purpose of effecting a resolution of the claims.

The Court had previously granted a 30-day litigation stay to permit the Parties to devote their efforts to reaching a mutually agreeable resolution of this matter. *See* Dkt. No. 178. During that period, the Parties have exchanged drafts of an agreement. However, the Parties require additional time to finalize and agree upon the specific terms. To this end, we request that the litigation stay period be extended until May 20, 2024.

Respectfully,

*Lindsay F. Ditlow*

Lindsay F. Ditlow

cc: All counsel (via ECF)



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

US practice conducted through McDermott Will & Emery LLP.