

**Monica Hincken**
mhincken@wigdorlaw.com

May 31, 2024

**VIA ECF**

The Honorable Robert W. Lehrburger
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

    Re:    Rinat Hafizov v. BDO USA, LLP, et al.; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Magistrate Judge Lehrburger:

Pursuant to Your Honor's March 19, 2024 Order, Plaintiff Rinat Hafizov (''Plaintiff'') with the consent of Defendants BDO USA, P.C. ("BDO"), Janet Bernier, and Matthew Dyment (together, the "Defendants''), respectfully request an additional 14-day extension to the litigation stay period for the purpose of finalizing a resolution of the claims.

The Court previously granted a 30-day litigation stay to permit the Parties to devote their efforts to reaching a mutually agreeable resolution of this matter. See Dkt. No. 178. Defendants then requested a 30-day extension to this litigation stay period, which the Court granted on April 17, 2024. See Dkt. No. 180. Defendants, with Plaintiff's consent, then requested a second extension of the litigation period, which was granted on May 20, 2024. See Dkt. No. 182.

The Parties continue to work together to finalize and agree upon a few outstanding terms. However, the Parties require additional time to finalize and agree upon a few outstanding terms. As a result, we request that the litigation stay period be extended until June 17, 2024.

Respectfully submitted,

*Monica Hincken*
Monica Hincken