

**mwe.com**

Lindsay F. Ditlow
Attorney at Law
lditlow@mwe.com
+1 212 547 5425

Granted.

SO ORDERED:

06/17/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

June 17, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2024

**VIA ECF**

The Honorable Robert W. Lehrburger
United States District Court Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

Re:    *Hafizov v. BDO USA, LLP, et al.*; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Magistrate Judge Lehrburger:

Pursuant to Your Honor's March 19, 2024 Order, Defendants BDO USA, P.C. ("BDO"), Janet Bernier, and Matthew Dyment (together, the "Defendants"), with the consent of Plaintiff Rinat Hafizov ("Plaintiff), respectfully request a fourteen (14)-day extension to the litigation stay period to effect a resolution of the claims.

The Parties are mindful of the Court's desire to facilitate an expeditious resolution to this matter and request for no further extensions of the litigation stay.  However, one of the Defendants was on vacation from this previous week through June 24, and another is currently on bereavement leave.

Counsel for both Parties have been diligently working to reach a final resolution in this matter.  Indeed, from the time the Court granted a previous extension to the litigation stay period on June 4, 2024, counsel for the Parties have exchanged  emails, engaged in both phone and video conference calls, and sent multiple drafts of the resolution agreement narrowing the outstanding issues.

In light of these extenuating circumstances, the Parties believe that a fourteen (14)-day extension to the stay of litigation is necessary to finalize a mutually agreeable resolution of this matter.  To this end, we respectfully request that the litigation stay period be extended until **July 1, 2024**.

We greatly appreciate the Court's continued courtesies and are available should the Court wish to discuss this matter further.

Respectfully,

Lindsay F. Ditlow

