

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 1, 2024

**VIA ECF**

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

      Re:    Hafizov v. BDO USA, LLP, *et al.*; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Judge Lehrburger:

We represent Plaintiff and write jointly with Defendants to report that the parties have been unable to complete a resolution of this matter. We respectfully request permission to submit a revised Case Management Plan no later than one week from today which will provide a proposed schedule for the remainder of this litigation.

Respectfully submitted,

David E. Gottlieb

Cc:    All counsel of record (*via* ECF)