

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 1, 2024

**VIA ECF**

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2024
```

   Re: Hafizov v. BDO USA, LLP, et al.; Case No.: 1:22-cv-08853 (JPC) (RWL)

Dear Judge Lehrburger:

We represent Plaintiff and write jointly with Defendants to report that the parties have been unable to complete a resolution of this matter. We respectfully request permission to submit a revised Case Management Plan no later than one week from today which will provide a proposed schedule for the remainder of this litigation.

Respectfully submitted,

David E. Gottlieb

Cc: All counsel of record (via ECF)

Granted. The parties shall submit a proposed revised schedule by July 9, 2024. The Court will also schedule a conference to discuss status.

SO ORDERED:

07/02/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

85 FIFTH AVENUE | NEW YORK, NY 10003 | 212 257 6800 | WIGDORLAW.COM