**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X

RINAT HAFIZOV, :

                *Plaintiff*, : Case 1:22-cv-08853-JPC-RWL

         v. :

BDO USA, LLP, JANET BERNIER and : **NOTICE OF APPEARANCE**
MATTHEW DYMENT, in their individual and
professional capacities, :

               *Defendants*. :

---------------------------------X

**PLEASE TAKE NOTICE** that Nicholas Meyer hereby appears in the above-captioned action on behalf of Defendants BDO USA, P.C., Janet Bernier, and Matthew Dyment, and requests that all papers and ECF filings in this action be served upon the undersigned at the offices and addresses stated below.

Dated: August 13, 2024  
       New York, New York

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Nicholas C. Meyer*
     Nicholas C. Meyer
     One Vanderbilt Avenue
     New York, New York 10017-3852
     (929) 566-8358
     nmeyer@mwe.com

*Attorneys for Defendants*